**30**

■

**James Wesley HEADY et al., Appellants,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Rehearing Denied Feb. 8, 1974.

Appeal from Whitley Circuit Court; Pleas Jones, Judge.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, Frankfort, for appellants.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

■

**James R. YOCOM, Commissioner of Labor, etc., et al., Appellants,**

v.

**James W. CREECH and Workmen's Compensation Board of Kentucky, Appellees.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Rehearing Denied Feb. 8, 1974.

Appeal from Harlan Circuit Court; Ray O. Shehan, Special Judge.

Gemma M. Harding, Louisville, Robert D. Hawkins, Dept. of Labor, Frankfort, Richard D. Cooper, Hazard, for appellants.

G. Wix Unthank, Harlan, Robert B. Berger, Pineville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

■

**Leslie L. CRAIG and Marjorie L. Craig et al., Appellants,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Rehearing Denied Feb. 8, 1974.

Appeal from Webster Circuit Court; Faust Y. Simpson, Judge.

Jerry W. Nall, Nall & Stephens, Owensboro, for appellants.

Gene Lanham, Owensboro, Perry M. Lewis, Madisonville, Carl T. Miller, Jr., Gen. Counsel, Highways, Frankfort, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Affirming.*

■

**Lloyd Ray SETTLE, Appellant,**

v.

**Nancy Mitchell SETTLE, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Rehearing Denied Feb. 8, 1974.

Appeal from Todd Circuit Court; William G. Fuqua, Judge.

Clyde Foster Chesnut, Elkton, for appellant.

Charles H. Gill, Jr., Elkton, G. S. Milam, Russellville, for appellee.

Memorandum Opinion by Commissioner CATINNA, Affirming.*

* Opinion ordered not to be published.